24 A.3d 859

**Philip H. BEHR, Petitioner**

v.

**W. Joseph IMHOFF and Bernard B. Markey, Pepper Hamilton, LLP, Respondents.**

**No. 29 EM 2011.**

Supreme Court of Pennsylvania.

July 14, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 14th day of July, 2011, the "Application to Correct or Confirm Reference to Intermediate Court Consolidated Docket Numbers and Interested Parties to Cross[-] Petition" is **DENIED.**